Ashish **SHRESTHA**, Petitioner,

v.

Loretta E. **LYNCH**, Attorney General, Respondent.

No. 15–1594.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 18, 2016.

Decided: March 15, 2016.

Kevin H. Knutson, Sacramento, California, for Petitioner. Benjamin C. Mizer, Principal Deputy Assistant, Derek C. Julius, Senior Litigation Counsel, Andrew B. Insenga, Nelle M. Seymour, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ashish Shrestha, a native and citizen of Nepal, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's denial of his requests for asylum and withholding of removal.* We have reviewed the administrative record, including the transcript of Shrestha's merits hearing, the applications for relief, and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative findings of fact, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision to uphold the denial of the applications for relief. *See INS v. Elias–Zacarias*, 502 U.S. 478, 481, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992). We accordingly deny the petition for review for the reasons stated by the Board. *See In re: Shrestha* (B.I.A. May 7, 2015). We dispense with oral argu-

---

* Shrestha failed to challenge the agency's denial of his request for protection under the Convention Against Torture. He has there-fore waived appellate review of this claim. *See Suarez–Valenzuela v. Holder*, 714 F.3d 241, 248–49 (4th Cir.2013).

ment because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*

Vivek Shah petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. We conclude that the present record does not reveal undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*